UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CARLOS BELLO RODRIGUEZ and RAMONA DEL CARMEN BRICENO ZAPATA,

                Plaintiff,

-against-

DELTAX LTD., GENSCO EQUIPMENT (1990) INC. and GENSCO AMERICA, INC.,

                Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X
GENSCO EQUIPMENT (1990) INC., GENSCO AMERICA, INC., and DELTAX LTD.

                Third-Party Plaintiffs,

-against

PLAKOS SCRAP PROCESSING., INC.,

                Third-Party Defendant.
----------------------------------------------------------------X

Case No.: 21-CV-02477 (BMC)

**ENDORSED ORDER**
**ORDER OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that the above-entitled action is fully settled and discontinued with prejudice.

      It is further stipulated and agreed that the Third-Party action, as well as all crossclaims and counterclaims are all discontinued and withdrawn with prejudice.

      Therefore, it is ordered by the Court that both the underlying action and Third-Party action be discontinued without costs and with prejudice.

[SIGNATURE PAGE TO FOLLOW]

Dated: April 5, 2024
New York, New York

| | |
|---|---|
| *Michael S. Olsen Jr.* (signature) | *Alison Cannata Hendele* (signature) |
| Michael S. Olsen Jr. | Alison Cannata Hendele |
| ABRAMS, GORELICK, FRIEDMAN & JACOBSON, LLP | GREGORY J. CANNATA & ASSOCIATES, LLP |
| Attorneys for Defendants/Third-Party Plaintiffs DELTAX LTD., GENSCO EQUIPMENT (1990) INC. and GENSCO AMERICA, INC.; | Attorneys for Plaintiffs CARLOS BELLO RODRIGUEZ and RAMONA DEL CARMEN BRICENO ZAPATA |
| One Battery Park Plaza – 4th Floor | 10 East 42nd Street, Suite 932 |
| New York, New York 10004 | New York, NY 10165 |
| (212) 422-1200 | (212) 553-9010 |
| File: 32579 | |

*(signature)*

Michael Pearsall
KOWALSKI & DEVITO
Attorneys for Third-Party Defendant
PLAKOS SCRAP PROCESSING., INC.,
28 Liberty Street, 22nd Floor
New York, NY 10005
(718) 250-1108

So Ordered: Date 5/7/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.